1
2
3
4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    JAMES FULLYLOVE,                          Case No. 25-cv-00510-JSC

              Plaintiff,
8
                                               **ORDER OF DISMISSAL**
         v.
9

10   LILLIE WEBB, et al.,

              Defendants.
11

12          Plaintiff, an inmate proceeding without an attorney, filed this civil rights action under 42

13   U.S.C. § 1983.  On January 30 and February 7, 2025, mail was returned to the court as

14   undeliverable at the address Plaintiff provided in the complaint.  (ECF Nos. 1, 4, 6.)  In

15   accordance with Civil Local Rule 3-11, the Court ordered Plaintiff to submit to the court, no later

16   than May 23, 2025, his current address and show cause why the case should not be dismissed.

17   (ECF No. 9.)  He was cautioned that his failure to do so may result in the dismissal of this case.

18   (*Id.*)  No response has been received from Plaintiff.  As Plaintiff has not notified the Court of his

19   current address within sixty days of the date mail to him was returned as undeliverable, or shown

20   cause why not, this case is DISMISSED without prejudice to filing his claims in a new case in

21   which he provides and maintains a current address with the court.  *See* Civ. L.R. 3-11(b).

22          The Clerk shall enter judgment and close the file.

23          **IT IS SO ORDERED.**

24   Dated: June 2, 2025

25

26   _____

27   JACQUELINE SCOTT CORLEY
     United States District Judge

28

*United States District Court*
*Northern District of California*